**No. 69293.**—Vanguard Military Equipment Co. *v.* United States, protest 63/13488 (New York).

429

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of military insignia similar in all material respects to those involved in Abstract 66583, the claim of the plaintiff was sustained.